UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAWRENCE JACKSON,<br>　　Plaintiff<br><br>V.<br><br>UNITED STATES OF AMERICA<br>DEPARTMENT OF THE NAVY, WOODS<br>HOLE OCEANOGRAPHIC INSTITUTION<br>　　Defendant | Civil Action<br><br>No. 16cv12381-IT |

**PLAINTIFF'S REPSONSE TO DEFENDANT UNITED STATES OF AMERICA MOTION TO DIMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**

Now comes the Plaintiff in the above-entitled action and by and through his attorneys submits Plaintiff's Response to Defendant United States of America Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1).  As grounds, Plaintiff states the following:

Based on the Bareboat Charter Party Agreements, *D.E. #12-1, 12-2, 12-3*, the Declaration of Robert Timothy Schnoor, *D.E. #12-4,* and Declaration of Michael P. Brennan, Jr., *D.E. #12-5,* and Defendant Woods Hole Oceanographic Institution answer to Plaintiff's Complaint, *D.E. #8*, Plaintiff does not object to the dismissal of the United States of America Department of the Navy.

Respectfully submitted for the
the Plaintiff, LAWRENCE JACKSON,
by his attorney,


/s/ Carolyn M. Latti
David F. Anderson
BBO #560-994
Carolyn M. Latti
BBO #567-394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000


Dated: February 10, 2017

## CERTIFICATE OF SERVICE

I, Carolyn M. Latti, hereby certify that the within documents was filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on February 10, 2017.

Respectfully submitted for
the Plaintiff,


/s/Carolyn M. Latti
Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com