UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Lawrence Jackson</u>
    Plaintiff

      v.                                             Civil Action No. 16-cv-12381-IT

<u>Woods Hole Oceanographic Institute</u>
    Defendant

SETTLEMENT ORDER OF DISMISSAL

<u>Talwani, D.J.</u>

The Court having been advised by counsel for plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within Forty-Five (45) days to reopen the action if settlement is not consummated.

                                                             By the Court,

                                                             /S/ Danielle Kelly

<u>1/29/2020</u>                                            _____
Date                                                Danielle Kelly
                                                     Docket Clerk